1058 

[No. 31636-0-III. Division Three. December 9, 2014.]

MICHAEL E. DORON, *Appellant*, v. EASTERN WASHINGTON
UNIVERSITY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-02403-7, Maryann C. Moreno, J., entered March 28, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 32144-4-III. Division Three. December 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN B. SNOW, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-00642-2, Harold D. Clarke III, J., entered December 13, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[Nos. 32161-4-III; 32162-2-III; Division Three. December 9, 2014.]
32163-1-III; 32164-9-III.

*In the Matter of the Dependency of* A.A. ET AL.

Appeals from a judgment of the Superior Court for Columbia County, No. 13-7-00017-0, William D. Acey, J., entered January 2, 2014. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Fearing, J.